# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TRIM, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION, d/b/a Affinity Global,<br><br>Defendant. | CASE NO. 19cv1205-LAB (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** [Dkt. 30] |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders that the action is **DISMISSED WITH PREJUDICE** as to the named Plaintiff and **WITHOUT PREJUDICE** as to the Putative Class, with each party to bear their own attorneys' fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 31, 2021

_Larry A. Burns_
**HON. LARRY ALAN BURNS**
United States District Judge